```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
JUANITA GREY,

         Plaintiff,

v.                                Case No. 8:13-cv-1492-T-33TGW

JEFFREY H. WILLIS and
WILLIS LAW FIRM,

         Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to the August 8, 2013, Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 8), in which Judge Wilson recommends that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. # 7) be denied, and that Plaintiff's Amended Complaint be dismissed without leave to amend.

As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.</u>

Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the recommendation of the magistrate judge as follows: the Court finds Plaintiff's Amended Complaint to be deficient in the same manner as her original Complaint, as Plaintiff again has failed to include allegations demonstrating this Court has jurisdiction over her claims.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 8), is **ACCEPTED** and **ADOPTED** to the extent it finds the Amended Complaint lacks sufficient jurisdictional allegations.

(2) Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. # 7) is **DENIED.**

(3) Plaintiff's Amended Complaint is dismissed without leave to amend.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of August, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record